**Petition for Writ of Mandamus Denied and Majority and Dissenting Memorandum Opinions filed November 19, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00561-CV
_____

### IN RE SCHKEREZADE MIDKIFF, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-07161**

---

## MAJORITY MEMORANDUM OPINION

On August 12, 2020, relator Schkerezade Midkiff filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Michael Gomez, presiding judge of the 129th District Court of Harris County, to vacate his September 13, 2019 order granting the motion to compel arbitration filed by Igloo Products, Corp.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.  (Spain, J., dissenting).